# DAVID J. DOYAGA, SR.

## ATTORNEYS AT LAW

SUITE 1601
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 488-7500

August 30, 2019

ECF-FILING
TO ALL CREDITORS AND
PARTIES WHO FILED A NOTICE OF APPEARANCE

**Re:**   John Divi
Case No. 19 22958-rdd

To all Parties:

Please be advised that the Motion for Relief from Stay (ECF Doc. No. 12) in the above-referenced case scheduled to be heard on September 4, 2019 at 10:00 AM has be adjourned on consent to October 4, 2019 at 10:00 AM. Thank you.

Very truly yours,
s/ David J. Doyaga, Sr.
David J. Doyaga, Sr.

cc:  Jonathan Schwalb